IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ E. FELICIANO,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et al.,

    Defendants.

CIVIL NO. 04-1744 (RLA)

### **JUDGMENT**

The court having dismissed the complaint filed in this case through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10th day of August, 2006.

                                       S/Raymond L. Acosta
                                       RAYMOND L. ACOSTA
                                United States District Judge